UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSHANAK ROSHANDEL; VAFA GHAZI-MOGHADDAM; HAWO AHMED; LIN HUANG; AHMAD ALKABRA; MOHAMMAD REZA AIDINEJAD, and ZAHRA ABEDIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>Defendants. | Case No. C07-1739MJP<br><br>ORDER DENYING MOTION TO CONSIDER HARRISON DECLARATION |

This matter comes before the Court on Defendants' request that the Court consider the declaration of Julia Harrison in connection with Defendants' motion to dismiss and/or remand and Plaintiff's motion for class certification. (Dkt. No. 25.) Because the Court has already ruled on those motions, Defendants' request is denied as moot.

The clerk is directed to send copies of this order to all counsel of record.

Dated: May 13, 2008.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER — 1