THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSHANAK ROSHANDEL, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>Defendants. | No. C07-1739 MJP<br><br>**STIPULATED ORDER REGARDING CONFIDENTIALITY OF DISCOVERY MATERIAL** |

**STIPULATION**

The parties hereby stipulate that certain discovery material be treated as confidential and respectfully request that the Court enter an Order as follows:

1. Designation of Discovery Materials as Confidential.  All documents produced in the course of discovery, all answers to interrogatories, all answers to requests for admission, all responses to requests for production of documents, and all deposition testimony and deposition exhibits shall be subject to this Order concerning confidential information, as set forth below:

(a) The designation of confidential information shall be made by placing or affixing on the document, in a manner which will not interfere with its legibility, the word "CONFIDENTIAL."  One who provides material may designate it as confidential only when

STIPULATED ORDER REGARDING
CONFIDENTIALITY OF DISCOVERY MATERIAL—1
Case No. C07-1739 MJP

Seattle-3426416.1 0099820-00238

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

such person in good faith believes it contains sensitive personal information, trade secrets or other confidential research, development, or commercial information. Except for documents produced for inspection at the party's facilities, the designation of confidential information shall be made prior to, or contemporaneously with, the production or disclosure of that information. In the event that documents are produced for inspection at the party's facilities, such documents may be produced for inspection before being marked confidential. Once specific documents have been designated for copying, any documents containing confidential information will then be marked confidential after copying but before delivery to the party who inspected and designated the documents. There will be no waiver of confidentiality by the inspection of confidential documents before they are copied and marked confidential pursuant to this procedure.

    (b) Portions of depositions of a party's present and former officers, directors, employees, agents, experts, and representatives shall be deemed confidential only if they are designated as such when the deposition is taken or within ten (10) business days after receipt of the transcript. Any testimony which describes a document which has been designated as "CONFIDENTIAL", as described above, shall also be deemed to be designated as "CONFIDENTIAL".

    (c) Information or documents designated as confidential under this Order shall not be used or disclosed by the parties or counsel for the parties or any persons identified in subparagraph (d) below for any purposes whatsoever other than preparing for and conducting the litigation in which the information or documents were disclosed (including appeals).

STIPULATED ORDER REGARDING
CONFIDENTIALITY OF DISCOVERY MATERIAL—2
Case No. C07-1739 MJP

Seattle-3426416.1 0099820-00238

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

(d) The parties and counsel for the parties shall not disclose or permit the disclosure of any documents or information designated as confidential under this Order to any other person or entity, except that disclosures may be made in the following circumstances:

(i) Disclosure may be made to counsel and employees of counsel for the parties who have direct functional responsibility for the preparation and trial of the lawsuit. Any such employee to whom counsel for the parties makes a disclosure shall be provided with a copy of, and become subject to, the provisions of this Order requiring that the documents and information be held in confidence.

(ii) Disclosure may be made only to employees of a party required in good faith to provide assistance in the conduct of the litigation in which the information was disclosed.

(iii) Disclosure may be made to court reporters engaged for depositions and those persons, if any, specifically engaged for the limited purpose of making photocopies of documents. Prior to disclosure to any such court reporter or person engaged in making photocopies of documents, such person must agree to be bound by the terms of this Order.

(iv) Disclosure may be made to consultants, investigators, or experts (hereinafter referred to collectively as "experts") employed by the parties or counsel for the parties to assist in the preparation and trial of the lawsuit. Prior to disclosure to any expert, the expert must be informed of and agree in writing to be subject to the provisions of this Order requiring that the documents and information be held in confidence.

(e) Except as provided in subparagraph (d) above, counsel for the parties shall keep all documents designated as confidential which are received under this Order secure within their exclusive possession and shall take reasonable efforts to place such documents in a secure area.

STIPULATED ORDER REGARDING
CONFIDENTIALITY OF DISCOVERY MATERIAL—3
Case No. C07-1739 MJP

Seattle-3426416.1 0099820-00238

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

(f) All copies, duplicates, extracts, summaries, or descriptions (hereinafter referred to collectively as "copies") of documents or information designated as confidential under this Order or any portion thereof, shall be immediately affixed with the word "CONFIDENTIAL" if that word does not already appear.

2. Confidential Information Filed with Court.  To the extent that any materials subject to this Confidentiality Order (or any pleading, motion or memorandum referring to them) are proposed to be filed or are filed with the Court, those materials and papers, or any portion thereof which discloses confidential information, shall be filed under seal (by the filing party) with the Clerk of the Court in an envelope marked "SEALED PURSUANT TO COURT ORDER."

3. Party Seeking Greater Protection Must Obtain Further Order.  No information may be withheld from discovery on the ground that the material to be disclosed requires protection greater than that afforded by paragraph 1 of this Order unless the party claiming a need for greater protection moves for an order providing such special protection pursuant to Fed. R. Civ. P. 26(c).

4. Challenging Designation of Confidentiality.  A designation of confidentiality may be challenged upon motion.  The burden of proving the confidentiality of designated information remains with the party asserting such confidentiality.

5. Return of Confidential Material at Conclusion of Litigation.  At the conclusion of the litigation, all material treated as confidential under this Order and not received in evidence shall be returned to the originating party.  If the parties so stipulate, the material may be destroyed instead of being returned.  The Clerk of the Court may return to counsel for the parties, or destroy, any sealed material at the end of the litigation, including any appeals.

STIPULATED ORDER REGARDING
CONFIDENTIALITY OF DISCOVERY MATERIAL—4
Case No. C07-1739 MJP

Seattle-3426416.1 0099820-00238

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

1  DATED June 13, 2008

2  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
3  ELIZABETH J. STEVENS
   Assistant Director,
4  District Court Section

5  /s/ Nancy N. Safavi
   NANCY N. SAFAVI
6  Conditionally admitted in the W.D. Wash.
   Trial Attorney
7  District Court Section
   Office of Immigration Litigation
8  Civil Division
   United States Department of Justice
9  P.O. Box 878, Ben Franklin Station
   Washington, D.C. 20044
10 202-514-9875 (main)
   202-305-7000 (fax)
11 Nancy.Safavi@usdoj.gov

12 Attorneys for Defendants

13 JEFFREY C. SULLIVAN
   UNITED STATES ATTORNEY
14 REBECCA S. COHEN, WSBA No. 31767
   Assistant United States Attorney
15 U.S. Attorney's Office
   Western District of Washington
16 700 Stewart Street, Suite 5220
   Seattle, WA 98101
17 206-553-6526
   Rebecca.Cohen@usdoj.
18
   Local Counsel for Defendants

ROPES & GRAY LLP

/s/ Alfred Arthur Day
ALFRED A. DAY, WSBA No. 34926
One International Place
Boston, MA 02110
617-951-7186 (main)
617-235-9684 (fax)
alfred.day@ropesgray.com

STOEL RIVES LLP
RITA V. LATSINOVA, WSBA No. 24447
600 University Street, Suite 3600
Seattle, WA 98101
206-624-0900 (main)
206-386-7500 (fax)
rvlatsinova@stoel.com

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
SARAH A. DUNNE, WSBA No. 34869
705 Second Avenue, Third Floor
Seattle, WA 98104
206-624-2184 (main)
dunne@aclu-wa.org

NORTHWEST IMMIGRANT RIGHTS
PROJECT
MATTHEW ADAMS, WSBA No. 28287
CHRISTOPHER STRAWN, WSBA No. 32243
615 Second Avenue, Suite 400
Seattle, WA 98104
206-587-4009 (main)
matt@nwirp.org
chris@nwirp.org

Attorneys for Plaintiffs

19
20
21
22
23
24
25
26

STIPULATED ORDER REGARDING
CONFIDENTIALITY OF DISCOVERY MATERIAL—5
Case No. C07-1739 MJP

Seattle-3426416.1 0099820-00238

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

**<u>ORDER</u>**

1
2
3   IT IS SO ORDERED this ____ day of _____, 2008
4
5
                                        _____
6                                       Hon. Marsha J. Pechman
                                        United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED ORDER REGARDING
CONFIDENTIALITY OF DISCOVERY MATERIAL—6
Case No. C07-1739 MJP

Seattle-3426416.1 0099820-00238

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*