UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSHANAK ROSHANDEL, et al., | Case No. C07-1739MJP |
| Plaintiffs, | |
| v. | ORDER GRANTING MOTION FOR CONTINUANCE |
| MICHAEL CHERTOFF, et al., | |
| Defendants. | |

This matter comes before the Court on Defendants' request that the Court continue the noting date for Plaintiffs' motion for partial summary judgment until no earlier than 30 days after the class notice is distributed. (Dkt. No. 43.) Having considered the motion, response (Dkt. No. 44), reply (Dkt. No. 56), and the balance of the record, the Court GRANTS Defendants' motion. It makes sense to distribute the class notice and give potential class members the opportunity to opt out of the class before ruling on a motion to remand all class members' naturalization applications. The order approving the parties' class notice was issued on June 19, 2008. Per the Court's scheduling order, the class notice must be distributed by July 3, 2008. Plaintiffs' motion for partial summary judgment shall be re-noted on the Court's motions calendar for consideration on August 8, 2008.

The clerk is directed to send copies of this order to all counsel of record.

Dated: June 25, 2008.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER — 1